### WATSON v. BENZ.

*(Supreme Court, General Term, Second Department. May 11, 1891.)*

Appeal from Queens county court.

Action by William Watson against Albert Benz. From a judgment for defendant, plaintiff appeals. For former reports, see 12 N. Y. Supp. 51; 10 N. Y. Supp. 799.

Argued before BARNARD, P. J., and PRATT and DYKMAN, JJ.

PRATT, J. The case of *Zoller* v. *Smith*, 45 Hun, 319, sustains the ruling of the county judge. If any change is to be made in the rule it must be done by the legislature. Order affirmed, with $10 costs and disbursements.

### PEOPLE v. MANHATTAN INS. CO. OF NEW YORK.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Final order dissolving company and confirming appointment of receiver. See 12 N. Y. Supp. 264.

### ROTHSCHILD et al. v. HALL et al.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to dismiss denied, with $10 costs.

### KRAFT v. COYKENDALL.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion granted. See order on file. See 7 N. Y. Supp. 140.

### DIETER v. FALLON.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion for reargument denied. See 12 N. Y. Supp. 33.

### GORDON et al., Appellants, v. JOY, Respondent.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.

### SIMMONS, Appellant, v. COMMON COUNCIL OF THE CITY OF COHOES et al., Respondents.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.

### POND, Respondent, v. HARWOOD et al., Appellants.

*(Supreme Court, General Term, Third Department. February 18, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Judgment affirmed, with costs.